**FILED**

JAN 02 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE L. CREASON,<br><br>Plaintiff,<br><br>v.<br><br>PUNEET KAUR SINGH, THEODORE KIMBALL and KIMBALL, TIREY & ST. JOHN LLP, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C 13-03731 JST<br><br>[PROPOSED] ORDER EXTENDING THE MEDIATION DEADLINE<br><br>Courtroom:  9<br>Judge:  Hon. Jon S. Tigar<br>Trial Date:  Not set |

After reviewing the parties' stipulation to extend the mediation deadline, the Court orders that the deadline for conducting mediation, currently set for January 22, 2014, be extended to April 30, 2014.

IT IS SO ORDERED.

Dated: 1/2/14

_____
Hon. Jon S. Tigar
Judge of the United States District Court