1  FRED M. PLEVIN (SBN 126185)
   fplevin@paulplevin.com
2  CORRIE J. KLEKOWSKI (SBN 251338)
   cklekowski@paulplevin.com
3  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
   101 West Broadway, Ninth Floor
4  San Diego, California  92101-8285
   Telephone:    619-237-5200
5  Facsimile:    619-615-0700

6  Attorneys for Defendants
   PUNEET KAUR SINGH, THEODORE KIMBALL and
7  KIMBALL, TIREY & ST. JOHN LLP

8  VERNE ALFRED PERRY (SBN 72230)
   vernep@gmail.com
9  225 W. Winton Avenue
   Hayward, CA  94544
10 Telephone:    (510) 783-7373
   Facsimile:    (510) 783-7383
11
   Attorney for Plaintiff
12 JANE CREASON

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  JANE L. CREASON, | CASE NO. C 13-03731 JST |
| 16         Plaintiff, | **STIPULATION TO CONTINUE HEARING DATES FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SPECIAL MOTION TO STRIKE** |
| 17  v. | |
| 18  PUNEET KAUR SINGH, THEODORE KIMBALL and KIMBALL, TIREY & ST. JOHN LLP, and DOES 1-10, inclusive, | |
| 19 | Date:       March 27, 2014 |
|    | Time:       2:00 p.m. |
| 20         Defendants. | Courtroom:  9 |
|    | Judge:      Hon. Jon S. Tigar |
| 21 | Trial Date: Not set |

22         Pursuant to Local Rule 7-7, the parties respectfully submit this joint request to continue

23 the hearings on Defendants' Motion to Dismiss the First Amended Complaint and Defendants'

24 Special Motion to Strike from March 27, 2014 at 2:00 p.m. to April 3, 2014 at 2:00 p.m.

25 / / /

26 / / /

27 / / /

28 / / /

---

STIP TO CONTINUE HEARING DATES FOR          1                          C 13-03731 JST
DEFENDANTS' MOTION TO DISMISS FAC AND
SPECIAL MOTION TO STRIKE

Fred M. Plevin, counsel for Defendants, has a prior engagement on March 27, 2014 hosting a nationwide event in San Diego for the Wage and Hour Defense Institute. Rescheduling the hearing will allow Mr. Plevin to attend the hearing in person in San Francisco.

Dated: February 28, 2014

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ *Corrie J. Klekowski*
FRED M. PLEVIN
CORRIE J. KLEKOWSKI
Attorneys for Defendants
PUNEET KAUR SINGH, THEODORE KIMBALL and KIMBALL, TIREY & ST. JOHN LLP

Dated: February 28, 2014

VERNE A. PERRY, ATTORNEY AT LAW

By: /s/ *Verne A. Perry*
VERNE ALFRED PERRY
Attorneys for Plaintiff
JANE CREASON

Dated: February 28, 2014

**IT IS SO ORDERED**
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIP TO CONTINUE HEARING DATES FOR DEFENDANTS' MOTION TO DISMISS FAC AND SPECIAL MOTION TO STRIKE

2

C 13-03731 JST

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Verne A. Perry, counsel for Plaintiff Jane Creason, and that I have obtained Mr. Perry's authorization to affix his electronic signature to this document.

Dated: February 28, 2014

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ *Corrie J. Klekowski*
FRED M. PLEVIN
CORRIE J. KLEKOWSKI
Attorneys for Defendants
PUNEET KAUR SINGH, THEODORE KIMBALL and KIMBALL, TIREY & ST. JOHN LLP

STIP TO CONTINUE HEARING DATES FOR DEFENDANTS' MOTION TO DISMISS FAC AND SPECIAL MOTION TO STRIKE

1

C 13-03731 JST