UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE L. CREASON,

    Plaintiff,

v.

PUNEET KAUR SINGH, et al.,

    Defendants.

Case No. 13-cv-03731-JST

**ORDER VACATING MOTION HEARING**

Re: ECF Nos. 38 & 51

Before the Court is Defendants' Motion to Dismiss and Special Motion to Strike. ECF Nos. 38 & 51. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 3, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: March 26, 2014

_____
JON S. TIGAR
United States District Judge